05CV01121 PLF

O 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| rvice of the Summons and complaint was made by me[(1)] | Sept. 29, 2005 |
| ME OF SERVER *(PRINT)* Francia Garcia | TITLE Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Hand Delivery / Dept. of Veterans Affairs — V.A. Medical Center 50 Irving (?) NW, Wash DC. Hand delivered

### STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-29-05    Francia Garcia
              Date       Signature of Server

1701 Donald place Silver Spring, Md 20902
Address of Server

**RECEIVED**

OCT – 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

05 CV 01121 PLF

O 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| rvice of the Summons and complaint was made by me(1) | Sept. 29, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Francia Garcia | Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Hand Delivery Washington V.A. Medical Center 50 Irving St. N.W., Washington, DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-29-05     Francia Garcia
            Date          Signature of Server

1701 Donald place S.S., Md, 20902
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

05CV01121 PLF

O 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| rvice of the Summons and complaint was made by me<sup>(1)</sup> | Sept. 29, 2005 |
| ME OF SERVER *(PRINT)* <br> Francia Garcia | TITLE <br> Server |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Veterans Affairs Medical Center - 50 Irving St. N.W., Washington DC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): Served by Hand Delivery Mr. Sanford Garfinkel, Director - VA Medical Center 50 Irving St. Washington, DC.

### STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-29-05     Francia Garcia
             Date         Signature of Server

1701 Donald place, S.S. MD 20902
Address of Server

O 440 (Rev. 8/01) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| rvice of the Summons and complaint was made by me[(1)] | Sept. 29, 2005 |
| ME OF SERVER (PRINT)  Francia Garcia | TITLE  Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Hand Delivery to Dr. George White, chief surgeon, V.A. Medical Center, 50 Erving St, Washington DC

## STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-29-05          Francia Garcia
              Date             Signature of Server

1701 Donald place, MD 20902
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

O 440 (Rev. 8/01) Summons in a Civil Action

05CV01121 PLF

## RETURN OF SERVICE

| | DATE |
|---|---|
| rvice of the Summons and complaint was made by me[(1)] | Sept. 29, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Francia Garcia | Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Hand Delivery Dr. Kroono
V.A. Medical Center, Washington DC

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-29-05          Francia Garcia
              Date            Signature of Server

1701 Donald Place S.S., Md 20902
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

O 440 (Rev. 8/01) Summons in a Civil Action

05CV01121 PLF

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | Sept. 29, 2005 |
| NAME OF SERVER (PRINT)   Francia Garcia | TITLE   Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Hand Delivery Ms. Latona Miller V.A. Medical Center 50 Irving St. Washington, DC

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-29-05           Francia Garcia
              Date              Signature of Server

                                1701 Donald Place S.S. MD 20902
                                Address of Server

O 440 (Rev. 8/01) Summons in a Civil Action

05CV0112 | PLF

## RETURN OF SERVICE

| | DATE |
|---|---|
| rvice of the Summons and complaint was made by me[(1)] | Sept. 29, 2005 |
| ME OF SERVER *(PRINT)* Francia Garcia | TITLE Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Hand Delivery (Ms.) Dr. Edwards (anesthesiology) V.A. Medical Center, Washington, DC

### STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-29-05            Francia Garcia
              *Date*              *Signature of Server*

1701 Donald place S.S., Md. 20902
*Address of Server*

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

05CV01121PLF

O 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| rvice of the Summons and complaint was made by me[(1)] | Sept. 29, 2005 |
| ME OF SERVER (PRINT)  Francia Garcia | TITLE  Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Hand Delivery Mr. Doris Lone V.A. Medical Center 50 Irving St. Washington DC

### STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-29-05                Francia Garcia
             Date                    Signature of Server

1701 Donald place SS, Md 20902
Address of Server

As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

O 440 (Rev. 8/01) Summons in a Civil Action

05CV01121 PLF

## RETURN OF SERVICE

rvice of the Summons and complaint was made by me⁽¹⁾ | DATE Sept. 29, 2005

ME OF SERVER *(PRINT)* Francia Garcia | TITLE Server

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served by Hand delivery (Ms. Gayle Bell V.A. Medical Center, 50 Irving St. Washington DC

### STATEMENT OF SERVICE FEES

| VEL | SERVICES | TOTAL |
| --- | --- | --- |
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  9-29-05        Francia Garcia
              Date            Signature of Server

1701 Donald place S.S., Md. 20902
Address of Server

As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.