UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING
5708 LYNGATE COURT
LANHAM, MD    20706

CASE NUMBER    1:05CV01121

JUDGE: PAUL L. FRIEDMAN

DECK TYPE:    PERSONAL INJURY/MALPRAC

DATE STAMP:    06/07/2005

v.

U. S. ATTORNEY GENERAL et.al.

AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING, hereby declare that on the 3rd of SEPTEMBER 20 05, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U. S. Attor. Dist. of Col Attached hereto is the green card acknowledging service.

[Attached PS Form 3811 Domestic Return Receipt:
- Article Addressed to: U. S. Attor. Dist. of Col, 555 4th St. N.W., Wash, DC. 20001
- Article Number: 7004 2890 0004 6376 1481
- Service Type: Certified Mail
- Signature received SEP 10 2005]

RECEIVED
SEP 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT