UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING
5708 LYNGATE COURT
LANHAM, MD    20706

CASE NUMBER    1:05CV01121

JUDGE: PAUL L. FRIEDMAN

DECK TYPE:  PERSONAL INJURY/MALPRAC

v.

DATE STAMP:  06/07/2005

U. S. ATTORNEY GENERAL et.al.

AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING, hereby declare that on the 3rd of SEPTEMBER 20 05, I mailed a copy of the summons and complaint, certified mail return receipt requested, to U.S. Attor. Gen. Attached hereto is the green card acknowledging service.

[Green card / Domestic Return Receipt attached]

Article Addressed to:
U.S. Attor. Gen.
Dept. of Justice
950 Penn. Ave. NW
Wash. D.C. 20530

Article Number: 7004 2890 0004 6376 1474
PS Form 3811, February 2004

Marva Jean Herring
5708 Lyngate Court
Lanham, MD 20706
301-552-5055
pro se

RECEIVED
SEP 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT