UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING
5708 LYNGATE COURT
LANHAM, MD  20706

CASE NUMBER  1:05CV01121 PLF

JUDGE: PAUL L. FRIEDMAN

DECK TYPE: PERSONAL INJURY/MALPRAC

DATE STAMP: 06/07/2005

v.

U. S. ATTORNEY GENERAL et.al.

## AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING, hereby declare that on the ___3rd___ of ___SEPTEMBER 20 05___, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Sect. Anthony Principi. Attached hereto is the green card acknowledging service.

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Anthony J. Principi, Sect.
Dept. of Vet. Affairs
810 Vermont Ave., N,W
Wash., DC  20420

2. Article Number (Transfer from service label)  7004 2890 0004 6373 0326

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [RECEIVED]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
                                 SEP - 7 2005

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

DEPARTMENT OF VETERANS AFFAIRS
OFFICE OF THE SECRETARY

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

Marva Jean Herring
ARVA JEAN HERRING
708 LYNGATE COURT
ANHAM, MD  20706
01-552-5055
ro se

RECEIVED
SEP 23 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT