## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING
5708 LYNGATE COURT
LANHAM, MD    20706

CASE NUMBER    1:05CV01121 *PLF*

v.

U. S. ATTORNEY GENERAL et.al.


### AFFIDAVIT OF SERVICE


I, MARVA JEAN HERRING                    , hereby declare that on the __3rd__ of

__SEPTEMBER    20 05__ , I mailed a copy of the summons and complaint, certified mail return

receipt requested, to Dr Krasno . Attached hereto is the green card acknowledging

service.


MARVA JEAN HERRING
5708 LYNGATE COURT
LANHAM, MD   20706
301-552-5055
pro se


**RECEIVED**

SEP 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Direct Query - Intranet - "Quick Search"    Page 1 of 1

05-1121-PLF



## Track/Confirm - Intranet Item Inquiry - Domestic

| | | | |
|---|---|---|---|
| **Item:** 7004 2890 0004 6373 0364 | | **Date/Time Mailed:** 09/03/2005 12:56 | |
| **Destination** | **ZIP Code:** 20422 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 20706 | **City:** LANHAM | **State:** MD |

**Class:** First Class

**Anticipated Delivery Date:** 09/06/2005

**Weight:** 0 lb(s) 2 oz(s)          **Postage:** $4.65

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| CERTIFIED MAIL | 7004 2890 0004 6373 0364 | $2.30 |
| RETURN RECEIPT | | $1.75 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 09/07/2005 12:04 Firm Name: VET HOSP 20422 R13 Recipient: 'J MCNAIR' Request Delivery Record View Delivery Signature and Address | WASHINGTON, DC 20422 | 00A70W26C |
| ARRIVAL AT UNIT | 09/07/2005 07:35 | WASHINGTON, DC 20022 | K971010 |
| ACCEPT OR PICKUP | 09/03/2005 12:56 | LANHAM, MD 20706 | |

Dr. Krasno

**Enter Request Type and Item Number:**

Quick Search ⦿          Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.

Direct Query - Intranet



05-1121-PLF

Track/Confirm - Intranet Item Inquiry
Item Number: 7004 2890 0004 6373 0364

**This item was delivered on 09/07/2005 at 12:04.**



Enter Request Type and Item Number:

Quick Search ◉    Extensive Search ○

Explanation of Quick and Extensive Searches

Item Number:

[                    ]  Submit

Inquire on **multiple items**.

Go to the Product Tracking System **Home Page**.

Dr. Kroena