## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING
5708 LYNGATE COURT
LANHAM, MD   20706

CASE NUMBER   1:05CV01121 *PLF*

⌐DGE ⌐ ⌐ ⌐ ⌐ FRL ⌐ ⌐

DECK TYPE: ⌐ ⌐ ⌐ ⌐ INJURY/MALPRAC

⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐ ⌐/2005

v.

U. S. ATTORNEY GENERAL et.al.


### AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING          , hereby declare that on the   3rd   of

SEPTEMBER   20 05   , I mailed a copy of the summons and complaint, certified mail return

receipt requested, to Ms. Douglas . Attached hereto is the green card acknowledging

service.


MARVA JEAN HERRING
5708 LYNGATE COURT
LANHAM, MD   20706
301-552-5055
pro se

RECEIVED

SEP 2 7 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



*U.S. ATTY*

*05-1121 PLF*

## Track/Confirm - Intranet Item Inquiry - Domestic

**Item: 7004 2890 0004 6376 1467**          **Date/Time Mailed: 09/03/2005 12:59**

| | | | |
|---|---|---|---|
| **Destination** | **ZIP Code:** 20422 | **City:** WASHINGTON | **State:** DC |
| **Origin** | **ZIP Code:** 20706 | **City:** LANHAM | **State:** MD |

**Class:** First Class

**Anticipated Delivery Date:** 09/06/2005

**Weight:** 0 lb(s) 2 oz(s)                    **Postage:** $4.65

| **Special Services** | **Associated Labels** | **Amount** |
|---|---|---|
| CERTIFIED MAIL | 7004 2890 0004 6376 1467 | $2.30 |
| RETURN RECEIPT | | $1.75 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 09/07/2005 12:04 | WASHINGTON, DC 20422 | 00A70W26C |
| | Firm Name: VET HOSP 20422 R13 | | |
| | Recipient: 'J MCNAIR' | | |
| | Request Delivery Record | | |
| | View Delivery Signature and Address | | |
| ARRIVAL AT UNIT | 09/07/2005 07:35 | WASHINGTON, DC 20022 | K971010 |
| ACCEPT OR PICKUP | 09/03/2005 12:59 | LANHAM, MD 20706 | |

*Ms. Doris Lone*

**Enter Request Type and Item Number:**

Quick Search ◉          Extensive Search ○

Explanation of Quick and Extensive Searches

[ Submit ]

*Version 1.0*

Inquire on multiple items.

Go to the Product Tracking System Home Page.



05- 1121- PLF

**Track/Confirm - Intranet Item Inquiry**
**Item Number: 7004 2890 0004 6376 1467**

**This item was delivered on 09/07/2005 at 12:04.**



| Signature: | Delivery Section |
| --- | --- |
| Address: | |

Enter Request Type and Item Number:

Quick Search ⦿       Extensive Search ○

Explanation of Quick and Extensive Searches

Item Number:

[                    ]   Submit

**Inquire on multiple items.**

**Go to the Product Tracking System Home Page.**

Mr. Doris Lone

Case — 05- 1121 — P.LF

&AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | Sept 3, 2005 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Marva Jean Herring | |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Sent by Certified Mail —— Return Receipt Registered   U.S. Dores Lone V.A. Med. Cte. 50 Irving St. N.W Washington, D C 20422

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | 4.65 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   Sept 3, 2005   Marva Jean Herring
　　　　　　　Date　　　　　　Signature of Server

5708 Lyngate Ct.
Lanham, MD 20706
Address of Server

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

WASHINGTON DC 20422   OFFICIAL USE

| Postage | $ $0.60 | |
| Certified Fee | $2.30 | 0706 |
| Return Receipt Fee (Endorsement Required) | $1.75 | 04   Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.65 | 09/03/2005 |

Sent To U.S. Dores Lone
Street, Apt. No. or PO Box No. Med. cte 50 Irving St. N
City, State, ZIP+4 Wash. D.C. 20422

7004 2890 0004 6376 1497

PS Form 3800, June 2002    See Reverse for Instructions

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.