UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING
5708 LYNGATE COURT
LANHAM, MD  20706

CASE NUMBER    1:05CV01121 PLF

v.

U. S. ATTORNEY GENERAL et.al.

### AFFIDAVIT OF SERVICE

I, MARVA JEAN HERRING, hereby declare that on the 3rd of SEPTEMBER 20 05, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Dr George White. Attached hereto is the green card acknowledging service.

MARVA JEAN HERRING
5708 LYNGATE COURT
LANHAM, MD  20706
301-552-5055
pro se

RECEIVED
SEP 27 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Direct Query - Intranet - "Quick" Search                                          Page 1 of 1



Track/Confirm - Intranet Item Inquiry - Domestic

05-1121-PLF

| Item: 7004 2890 0004 6373 0357 | | Date/Time Mailed: 09/03/2005 13:00 | |
|---|---|---|---|
| **Destination** ZIP Code: 20422 | City: WASHINGTON | | State: DC |
| **Origin** ZIP Code: 20706 | City: LANHAM | | State: MD |

**Class:** First Class

**Anticipated Delivery Date:** 09/06/2005

**Weight:** 0 lb(s) 2 oz(s)                **Postage:** $4.65

| Special Services | Associated Labels | Amount |
|---|---|---|
| CERTIFIED MAIL | 7004 2890 0004 6373 0357 | $2.30 |
| RETURN RECEIPT | | $1.75 |

| Event | Date/Time | Location | Scanner ID |
|---|---|---|---|
| DELIVERED | 09/07/2005 12:04 | WASHINGTON, DC 20422 | 00A70W26C |
| | Firm Name: VET HOSP 20422 R13 | | |
| | Recipient: 'J MCNAIR' | | |
| | [Request Delivery Record] | | |
| | [View Delivery Signature and Address] | | |
| ARRIVAL AT UNIT | 09/07/2005 07:35 | WASHINGTON, DC 20022 | K971010 |
| ACCEPT OR PICKUP | 09/03/2005 13:00 | LANHAM, MD 20706 | |

*Dr. George White*

Enter Request Type and Item Number:

Quick Search ⦿     Extensive Search ○

[Explanation of Quick and Extensive Searches]

[Submit]

Version 1.0

Inquire on multiple items.

Go to the Product Tracking System Home Page.

http://pts.usps.gov/pts/labelInquiry.do                                          9/22/2005



05-1121-RLF

### Track/Confirm - Intranet Item Inquiry
### Item Number: 7004 2890 0004 6373 0357

**This item was delivered on 09/07/2005 at 12:04.**



Enter Request Type and Item Number:

Quick Search ⦿    Extensive Search ○

Explanation of Quick and Extensive Searches

Item Number:

[Submit]

Inquire on multiple items.

**Go to the Product Tracking System Home Page.**

Dr George White

Case 05-1121-PLF

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | Sept. 3, 2005 |
| NAME OF SERVER *(PRINT)* Marva Jean Henning | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☑ Other (specify) Sent by Certified Mail — Return Receipt Requested — Dr. George White V.A. Med. Ctr. 50 Irving St. N.W. Washington, D.C. 20422

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $4.65 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Sept 3, 2005    Marva Jean Henning
           Date              Signature of Server

5708 Lyngate Ct.
Lanham, MD 20706
Address of Server

**U.S. Postal Service™ CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE
WASHINGTON DC 20422

| Postage | $ $0.60 | |
| Certified Fee | $2.30 | 0706 04 |
| Return Receipt Fee (Endorsement Required) | $1.75 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $4.65 | 09/03/2005 |

Sent To: Dr. George White
Street, Apt. No.; or PO Box No. V.A. Med. Ctr. 50 Irving St. N.W.
City, State, ZIP+4 Wash, D.C. 20422

7004 2890 0004 6373 0357

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.