UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVA JEAN HERRING )<br>5708 Lyngate Court )<br>Lanham, MD 20706 )<br>    )<br>    Plaintiff, )<br>    )<br>    v. )<br>    )<br>UNITED STATES OF AMERICA, )<br>    for and on the actions of the )<br>    )<br>DEPARTMENT OF VETERANS AFFAIRS)<br>    )<br>VETERANS ADMINISTRATION )<br>    MEDICAL CENTER )<br>50 Irving Street, NW )<br>Washington, DC )<br>    )<br>D.C. DEPARTMENT OF VETERANS )<br>    AFFAIRS )<br>810 Vermont Avenue, NW )<br>Washington, D.C. )<br>    )<br>    Defendants. ) | Civil Action 105CV01121 |

## DECLARATION

I, Frank D. Giorno, declare the following:

    1. That I am the Regional Counsel, Region 3, Department of Veterans Affairs, with offices located at 1722 I Street, Suite 302, Washington, DC 20421, and 3900 Loch Raven Boulevard, Building 4, Baltimore, MD 21218.

    2. As Regional Counsel, I have custody of records and files pertaining to claims filed under the Federal Tort Claims Act against the United States arising out of the alleged negligent or wrongful acts or omissions of employees of the Department of Veterans Affairs in our area of responsibility which covers Maryland, the District of Columbia, the northern part of Virginia, and the eastern portion of West Virginia. All such claims are forwarded to our offices in either Washington, DC, or Baltimore, MD, for administrative processing and investigation.

    3. I have reviewed the files made and maintained in the regular course of business in our offices in both Washington, DC, and Baltimore, MD, and have found that Plaintiff

has not previously filed an administrative tort claim against the United States concerning any of the matters stated in this suit.

    4. I declare under penalty of perjury that the foregoing is true and correct.

*[signature]*
FRANK D. GIORNO
Regional Counsel, Region 3
Department of Veterans Affairs
1722 I Street, NW, Suite 302
Washington, DC 20421