UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVA JEAN HERRING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. ATTORNEY GENERAL, )<br>et. al, )<br>)<br>Defendants. )<br>_____) | Case No: 05-1121 (PLF) |

## CERTIFICATION

I, R. Craig Lawrence, Acting Chief of the Civil Division, Office of the United States Attorney for the District of Columbia, acting pursuant to the provisions of 28 U.S.C. § 2679(d), and by virtue of the authority delegated to the United States Attorney by 28 C.F.R. § 15.4, and first redelegated to me on June 7, 2004, hereby certify that I have read the complaint in <u>Herring v. U.S. Attorney General</u>, et al, No. 05-1121 (PLF) (D.C.C., filed September 14, 2005), and that on the basis of the information now available to me with respect to the incidents alleged therein, I find that defendants: U.S. Attorney General; Anthony J. Prinicipi, Secretary of the Department of Veterans Affairs; Sanford Garfunkel; Dr. George White; Dr. Krasno; LaTara Miller; Dr. Edwards; Doris Lane; and Gail Bell were acting within the scope of their employment as employees of the United States at the time of the alleged incidents.

November 9, 2005

_____
R. CRAIG LAWRENCE, D.C. BAR # 171538
Assistant United States Attorney
Chief, Civil Division