UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARVA JEAN HERRING )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>U.S. ATTORNEY GENERAL, )<br>et. al, )<br>)<br>Defendants. )<br>) | Case No: 05-1121 (PLF) |

**ORDER**

UPON CONSIDERATION of Defendant's dispositive motion, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is hereby **ORDERED**:

1) The United States of America is hereby substituted for the named individual and federal agency defendants, and

2) The motion to dismiss is granted.

**SO ORDERED**, on this _____ day of _____, 2005.

_____
United States District Court Judge