UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                          )
MARVA JEAN HERRING,                       )
                                          )
                    Plaintiff,            )
                                          )
          v.                              )        Civil Action No. 05-1121   (PLF)
                                          )
UNITED STATES ATTORNEY                    )
      GENERAL, et al.,                    )
                                          )
                    Defendants.           )
_____)

ORDER

          This matter is before the Court on defendant's motion to dismiss.  Plaintiff is

proceeding *pro se* in this matter.  In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court

of Appeals held that a district court must take pains to advise a *pro se* party of the consequences

of failing to respond to a dispositive motion.  "That notice . . . should include an explanation that

the failure to respond . . . may result in the district court granting the motion and dismissing the

case."  Id. at 509.

          Accordingly, the Court wishes to advise plaintiff that she must respond to

defendant's motion to dismiss on or before December 21, 2005.  If plaintiff does not respond, the

Court will treat the motion as conceded and dismiss the complaint.

          SO ORDERED.


                                        /s/_____
                                        PAUL L. FRIEDMAN
                                        United States District Judge


DATE: November 29, 2005