UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MARVA JEAN HERRING,

        Plaintiff, *pro se*,

v.    Civil Action No. 05-1121 (PLF)

UNITED STATES ATTORNEY
GENERAL, et al.,

        Defendants.

### PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS AND TO SUBSTITUTE DEFENDANTS

**COMES NOW**, Plaintiff, *pro se* in the above-captioned matter and responds to Defendants' Motion to Dismiss and to Substitute Defendants as follows:

At the time Plaintiff filed her cause of action, she did not know about and was otherwise not aware of the Federal Torts Claims Act's (FTCA) requirement that she first exhaust her administrative remedies before seeking judicial relief. Consequently, Plaintiff did not present her claims to a federal agency before filing her civil complaint in this Court. Plaintiff is now aware of the exhaustion of remedies prerequisite, acknowledges that this Court presently lacks jurisdiction to hear and decide the merits of her complaint, and accordingly has filed an administrative claim with the U. S. Department of Veterans Affairs. Accordingly, Plaintiff does not object to the Court's dismissal on jurisdictional grounds her complaint.

Plaintiff likewise was not aware at the time she filed her court action that claims filed pursuant to the FTCA must be filed against the United States as party defendant and not against

RECEIVED
DEC 21 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

individual federal employees or federal agencies. Plaintiff now being aware of this requirement, does not object to the substitution of the United States for the individuals and federal agencies named in her complaint.

Respectfully submitted,

MARVA JEAN HERRING, *pro se*
5708 Lyngate Court
Lanham, Maryland 20706