UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
MARVA JEAN HERRING,                 )
                                    )
        Plaintiff,                 )
                                    )
        v.                         )    Civil Action No. 05-1121   (PLF)
                                    )
UNITED STATES ATTORNEY              )
    GENERAL, et al.,                )
                                    )
        Defendants.                )
_____)

ORDER

        This matter is before the Court on defendants' motion to substitute the United States as a defendant and to dismiss the complaint because of plaintiff's failure to exhaust her administrative remedies under the Federal Tort Claims Act. In her response to the motion to dismiss, plaintiff concedes her failure to exhaust, and states that she does not object to the dismissal of her complaint or the substitution of the United States as a defendant.[1] Accordingly, it is hereby

        ORDERED that [14] defendants' motion to dismiss and to substitute defendants is GRANTED; it is

        FURTHER ORDERED that the United States of America shall be substituted for the named individual and federal agency defendants; it is

        FURTHER ORDERED that this case is DISMISSED without prejudice; and it is

---

[1] Plaintiff also reports that she now has filed an administrative claim with the United States Department of Veterans' Affairs.

FURTHER ORDERED that this matter shall be removed from the docket of the Court.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 4, 2006